UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | 4:15CR00092-1 |
| RONNIE ROLAND | ) | |

## ORDER

The defendant, Ronnie Roland, has filed a motion requesting early termination of supervised release. In support of his motion, the defendant reports that he has been compliant since commencing his term of supervised release, and he has successfully passed all polygraph examinations.

The Court notes that while the defendant is currently in compliance with the terms and conditions of supervision, his criminal record includes two convictions for serious sex offenses and his instant offense involved his failure to register. The Court acknowledges the defendant has performed well on supervised release thus far; however, the Court does not consider the defendant a suitable candidate for early termination at this time.

The defendant's motion for early termination of supervised release is **DENIED**.

SO ORDERED this 4th day of October, 2019.

William T. Moore, Jr.
Judge, U.S. District Court